FILED:  October 7, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 13-4220

(3:11-cr-00353-MOC-DCK-1)

———————————

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ILDEFONSO MADRID FLORES, a/k/a Alfonso

       Defendant - Appellant

———————————

O R D E R

———————————

The court defers consideration of the motion for leave to file a supplemental joint appendix and sealed supplemental joint appendix pending assignment of the case to a panel for review on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk